[No. 26756-0-II. Division Two. February 20, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DANIEL CLAYTON TURLEY, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 97-1-00580-9, James D. Ladley, Robert L. Harris, and Diane M. Woolard, JJ., entered November 30, 2000. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Armstrong, C.J., and Houghton, J.

[No. 26874-4-II. Division Two. February 20, 2002.]

*In the Matter of the Detention of* R.L., *Appellant*, v. CLIFFORD TARTALIA, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 00-6-00888-1, Mary E. Dicke, J. Pro Tem., entered January 18, 2001. *Dismissed* by unpublished opinion per Bridgewater, J., concurred in by Morgan and Seinfeld, JJ.

[Nos. 19587-2-III; 19663-1-III. Division Three. February 21, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. DENNIS RAY PARVEY, *Appellant*.

Appeals from judgments of the Superior Court for Spokane County, Nos. 00-1-00320-1 and 00-1-00617-0, Robert D. Austin and Tari S. Eitzen, JJ., entered September 11 and October 18, 2000. *Affirmed* by unpublished opinion per Kurtz, C.J., concurred in by Sweeney and Brown, JJ.

[No. 19615-1-III. Division Three. February 21, 2002.]

JOHN F. RENKEN, ET AL., *Respondents*, v. ELEANOR LUDWIG, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-2-02194-3, Michael W. Leavitt, J., entered September 1, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Kurtz, C.J., and Brown, J.